UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **LOUIS GOLDBERG,** *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil No. JRR-25-2477 |
| **LUKAS KACZMAREK,** *et al.*, | * |
| Defendants. | * |
| | * |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Defendants, through undersigned counsel, who seek an extension of time from August 22, through September 22, 2025 to respond to the Complaint filed against them. Plaintiffs do not oppose this request, which is without waiver of any defense that Defendants may seek to raise in this matter.

August 21, 2025                   Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Andrew C. White
　　　　　　　　　　　　　　　　　Andrew C. White (Bar No. 08821)
　　　　　　　　　　　　　　　　　awhite@silvermanthompson.com
　　　　　　　　　　　　　　　　　William N. Sinclair (Bar No. 28833)
　　　　　　　　　　　　　　　　　bsinclair@silvermanthompson.com
　　　　　　　　　　　　　　　　　Silverman Thompson Slutkin & White, LLC
　　　　　　　　　　　　　　　　　400 E. Pratt St., Suite 900
　　　　　　　　　　　　　　　　　Baltimore, MD 21201
　　　　　　　　　　　　　　　　　(410) 385-2225
　　　　　　　　　　　　　　　　　(410) 547-2432 (F)

　　　　　　　　　　　　　　　　　Eric S. Rosen (*Pro Hac Vice* to be Filed)
　　　　　　　　　　　　　　　　　erosen@dynamisllp.com
　　　　　　　　　　　　　　　　　Jamie Hoxie Solano (*Pro Hac Vice* to be Filed)
　　　　　　　　　　　　　　　　　jsolano@dynamisllp.com
　　　　　　　　　　　　　　　　　Dynamis LLP
　　　　　　　　　　　　　　　　　200 Connell Drive
　　　　　　　　　　　　　　　　　Berkeley Heights, NJ 07922

(973) 295-5495

*Counsel for Defendants*